FILED: March 30, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1824
(5:20-cv-00524-FL)

_____

PAUL TRUETT CANADY, II, Administrator for the Estate of Jimmie Andrew
Underwood, a/k/a James Blackmon, a/k/a James Blackman, a/k/a Jimmy Lee
Hooker

        Plaintiff - Appellant

v.

JAMES HOLDER, in his individual capacity; ANDREW MUNDAY, in his
individual capacity; CITY OF RALEIGH

        Defendants - Appellees

_____

O R D E R

_____

The parties are directed to file supplemental briefing on (1) whether

Appellant's voluntary dismissal of certain claims without prejudice created a non-

final and non-appealable split judgment over which this Court lacks jurisdiction

under *Microsoft Corp. v. Baker*, 582 U.S. 23 (2017), *Waugh Chapel S., LLC v.*

*United Food & Com. Workers Unions Local 27*, 728 F.3d 354 (4th Cir. 2013), and

similar cases, and (2) whether any exception to the split-judgment rule applies. Exclusive of the Table of Authorities and related preliminary items described in Rule 28 of the Federal Rules of Appellate Procedure, the argument section of the briefs shall not exceed 15 pages. The briefs are to be filed simultaneously and no later than the close of business on April 14, 2023. There shall be no reply briefs unless expressly requested by the Court.

For the Court

/s/ Patricia S. Connor, Clerk